2009-46743
FILED
March 25, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0002508995

1 | EDDIE R. JIMENEZ (CA SBN 231239)
ANNE W. HAMANN (CA SBN 254327)
2 | PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
3 | P.O. Box 17933
San Diego, CA 92177-0933
4 | Telephone: (858) 750-7600
Facsimile: (619) 590-1385
5
6 | Attorneys for WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE
7 | INVESTMENTS II INC., GREENPOINT MTA TRUST 2006-AR2,
MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR2

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

| In re | Case No. 09-46743 |
|---|---|
| RUDY PABLO ORPILLA AND FELICIDAD ALQUIZA ORPILLA, | Chapter 7 |
| | D.C. No. PD-1 |
| Debtor(s). | ORDER GRANTING MOTION FOR RELIEF FROM AUTOMATIC STAY |
| WELLS FARGO BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURED ASSET MORTGAGE INVESTMENTS II INC., GREENPOINT MTA TRUST 2006-AR2, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-AR2, | LBR 4001-1 and 9014-1(f)(1) |
| | DATE: March 15, 2010 |
| | TIME: 9:00 a.m. |
| | CTRM: 28 |
| | 501 "I" Street |
| | Sacramento, CA 95814 |
| Movant, | |
| vs. | |
| RUDY PABLO ORPILLA AND FELICIDAD ALQUIZA ORPILLA, Debtor(s); and DAVID GRAVELL, Chapter 7 Trustee, | |
| Respondents. | |

RECEIVED
March 24, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002508995

The above-captioned matter came on for hearing on March 15, 2010, in the Courtroom of the Honorable Michael S. McManus, upon the Motion of Wells Fargo Bank, National Association as Trustee for the Certificateholders of Structured Asset Mortgage Investments II Inc., GreenPoint MTA Trust 2006-AR2, Mortgage Pass-Through Certificates, Series 2006-AR2 ("Movant"), for relief from the automatic stay of 11 U.S.C. § 362, to enforce its interest in the property of Rudy Pablo Orpilla and Felicidad Alquiza Orpilla ("Debtors") commonly known as 3420 Monteverde Drive, Lincoln, California 95648 (the "Real Property"), which is legally described as follows:

SEE LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT A AND MADE A PART HEREOF.

Based on the arguments of counsel, and good cause appearing therefor,

IT IS HEREBY ORDERED:

1) The automatic stay of 11 U.S.C. § 362, is hereby terminated as it applies to the enforcement by Movant of all of its rights in the Real Property under Note and Deed of Trust;

2) Movant is authorized to foreclose its security interest in the Real Property under the terms of the Note and Deed of Trust, and pursuant to applicable state law;

3) The 14-day stay provided by Bankruptcy Rule 4001 (a)(3) is not waived but shall run concurrently with the 7-day period specified in California Civil Code § 2924g(d);

4) Upon foreclosure, in the event Debtors fail to vacate the Real Property, Movant may proceed in State Court for unlawful detainer pursuant to applicable state law;

5) Movant may offer and provide Debtors with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case;

/././

/././

/././

6) The court determines that this bankruptcy proceeding has been finalized for purpose of Cal. Civil Code § 2923.5 and the enforcement of the note and deed of trust described in the motion against the subject real property. Further, upon entry of order granting relief from the automatic stay, the movant and its successors, assigns, principals, and agents shall comply with Cal. Civil Code § 2923.52 et seq., the California Foreclosure Prevention Act, to the extent it is otherwise applicable.

Dated: March 25, 2010

By the Court

Michael S. McManus
United States Bankruptcy Judge

# EXHIBIT "A"

THE LAND DESCRIBED HEREIN IS SITUATED IN THE STATE OF CALIFORNIA, COUNTY OF PLACER, CITY OF LINCOLN, AND IS DESCRIBED AS FOLLOWS:

LOT 2, AS SHOWN ON THE MAP OF "VERDERA VILLAGE 18", FILED IN THE OFFICE OF THE COUNTY RECORDER OF PLACER COUNTY, STATE OF CALIFORNIA, ON OCTOBER 3, 2003, IN BOOK Z OF MAPS, AT PAGE 33, AND AS AMENDED BY CERTIFICATE OF CORRECTION RECORDED DECEMBER 17, 2003, INSTRUMENT NO. 2003-0207794, OFFICIAL RECORDS OF PLACER COUNTY.

APN: 337-050-002